

NUMBER 13-14-00734-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSHUA JAMES OZUNA, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On Appeal from the County Court at Law
of Kerr County, Texas.

# O R D E R

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellant, Joshua James Ozuna, filed a notice of appeal with this Court from his conviction for possession of marijuana.[1] The record currently before the Court fails to include a certification of appellant's right to appeal.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

Based upon information provided by the district clerk's office, a certification has not yet been entered by the trial court. Accordingly, this matter is ABATED and REMANDED to the trial court for entry of a certification of the appellant's right to appeal. On remand, the trial court shall immediately issue notice of a hearing and accordingly conduct a hearing addressing the foregoing matter. We further direct that, after conducting the hearing, the trial court certify whether appellant has the right of appeal. The trial court's certification, and any orders it enters, shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

It is so ORDERED.

PER CURIAM

Do not publish.   TEX. R. APP. P. 47.2(b).

Delivered and filed this
The 30th day of March, 2015.